UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDERICK WILSON (#119963)

VERSUS

EAST BATON ROUGE PARISH
PRISON, ET AL.

CIVIL ACTION

NO. 09-135-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED, with prejudice, as frivolous pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, April 29, 2009.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA